Date: 02/15/11                     **DIVIDENDS REMITTED TO THE COURT**                                Page:

Case Number 10-11129 - LYNCH, PATRICK STEVEN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CBSC, Inc.<br>PO Box 2818<br>North Canton, OH 44720 | 000010 | 517.20 | 4.77 |
| ---------- Remittance Total -------------- | | 517.20 | 4.77 |

*(signature)* Richard Baumgart
RICHARD A. BAUMGART, Trustee

CHECK 109
#151904